# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                     **Criminal NO. 17-20363**
    **v.**                                   **HON. ROBERT H. CLELAND**

**FAZULLAH KHAN,**

      **Defendant.**

_____/

## EX-PARTE MOTION AND ORDER ALLOWING
## DISCOVERY COORDINATOR TO BRING LAPTOP COMPUTER
## INTO COURTHOUSE DURING TRIAL

      Defendant's counsel, James C. Thomas, having filed this Ex-Parte Motion with this Honorable Court to allow the defense's Discovery Coordinator / Litigation Support and Information Technology Specialist, **CHRIS ANTONE,** to have access to his and other laptop computers, for the jury trial in this matter, which trial is now rescheduled to commence on Monday, July 8, 2019, and further that his services are necessary in order to assist counsel and the Defendant in the preparation and presentation of Defendant's case; and the Honorable Court being fully advised of the premises;

      **IT IS HEREBY ORDERED** that Discovery Coordinator / Litigation Support & Information Technology Specialist **CHRIS ANTONE** shall be allowed to bring laptop computers into the U.S Courthouse for the Eastern District of Port Huron, Michigan, during normal business hours during the pendency of this matter.

                                                                 s/Robert H. Cleland
                                                                 Honorable Robert H. Cleland
                                                                 U.S. District Judge