UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Fazullah Khan,

        Defendant.
_____/

Criminal No. 17-20363

Honorable Robert H. Cleland

# **MOTION TO SEAL GOVERNMENT EXHIBIT**

The United States of America, by its undersigned attorneys, respectfully requests that the government's exhibit nineteen (19) in the Government's Response to Defendant's Motion to Vacate Sentence under 28 U.S.C. § 2255, be sealed until further order of the Court.  This request is made because the documents in exhibit nineteen (19 were produced in discovery pursuant to a protective order entered by this Court in part to protect personal and sensitive information from confidential sources.

(signatures on following page)

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ *Steven P. Cares*
STEVEN P. CARES
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI  48226
steven.cares@usdoj.gov
(313) 226-9139

Dated:  March 18, 2022