UNITEDSTATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Fazullah Khan,

        Defendant.
                           /

Criminal No. 17-20363

Hon. Robert H. Cleland

## ORDER TO SEAL GOVERNMENT EXHIBIT

The government having moved to seal government exhibit nineteen (19) in the Government's Response to Defendant's Motion to Vacate Sentence under 28 U.S.C. § 2255, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that government exhibit nineteen (19) in the Government's Response to Defendant's Motion to Vacate Sentence under 28 U.S.C. § 2255, be sealed until further Order of this Court.

                                        S/Robert H. Cleland
                                        Hon. Robert H. Cleland
                                        United States District Judge

Dated: March 21, 2022