UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 17-cr-20363-4
                                      Hon. Matthew F. Leitman

D4, FAZULLAH KHAN,

    Defendant.
_____/

## FINAL JUDGMENT IN CONNECTION WITH DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255

In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Final Judgment is entered against Defendant Fazullah Khan and in favor of the United States in connection with Khan's motion filed under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

                                            KINIKIA ESSIX
                                            CLERK OF COURT
                            By:   s/Holly A. Ryan
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 28, 2024
Detroit, Michigan