UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 7, 2025
KELLY L. STEPHENS, Clerk

No. 24-1675

FAZULLAH KHAN,

    Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

    Respondent-Appellee.

Before: KETHLEDGE, Circuit Judge.

**JUDGMENT**

THIS MATTER came before the court upon the application by Fazullah Khan for a certificate of appealability.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the application for a certificate of appealability is DENIED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk